IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ERIC S. SORENSON, M46329,**

    Petitioner,

vs.                                         Case No. 18–cv–0252-DRH

**JEFFREY DENNISON,**

    Respondent.

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

*Pro se* Petitioner Eric Sorenson, currently incarcerated in Shawnee Correctional Center, brings this habeas corpus action pursuant to 28 U.S.C. § 2254 challenging his conviction on one count armed robbery in Illinois state court. (Doc. 1, p. 2). The case was filed on February 12, 2018. (Doc. 1). This case is now before the Court for a preliminary review of the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts.

Without commenting on the merits of Petitioner's claims, the Court concludes that the Petition survives preliminary review under Rule 4 and Rule 1(b). Petitioner alleges that he was deprived of a fair trial where the trial court prevented him from presenting a complete defense. (Doc. 1, p. 10). Specifically, Petitioner has alleged that his rights under the Confrontation Clause were violated when he was prohibited from inquiring into witness Dorsey's biases, prejudices,

1

and ulterior motives. (Doc. 1, pp. 11-13). Petitioner also alleges that the state failed to prove that he was the robber. (Doc. 1, pp. 14-15). Petitioner has further affirmatively alleged that he has exhausted his state court remedies on these points. (Doc. 1, p. 8). As the Petition survives preliminary review, the Warden shall be ordered to respond.

### Disposition

**IT IS HEREBY ORDERED** that Respondent Dennison shall answer or otherwise plead within thirty days of the date this order is entered (on or before April 11, 2018).[1] This preliminary order to respond does not, of course, preclude the Government from raising any objection or defense it may wish to present. Service of the petition and this Memorandum and Order upon the Illinois Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to United States Magistrate Judge Clifford J. Proud for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to United States Magistrate Judge Proud for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and

---

[1] The response date ordered herein is controlling. Any date that CM/ECF should generate in the course of this litigation is a guideline only. *See* SDIL-EFR 3.

each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Judge Herndon
2018.03.12
11:49:08 -05'00'

United States District Judge